

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2017

No. 04-17-00229-CV

Malcolm C. **HALBARDIER**,
Appellant

v.

Arthur **PEREZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV07203
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee's brief was originally due August 11, 2017. As of August 16, 2017, appellee had not filed his brief and we therefore ordered him to file his brief by August 28, 2017. On August 25, 2017, the appellee filed a letter summarily asking us to uphold the trial court's judgment. We noted the letter did not comply with Texas Rule of Appellate Procedure 38's requirements for an appellee's brief, and ordered appellee to file a compliant brief by September 15, 2017. On September 13, 2017, appellee filed a motion for extension of time, requesting without explanation an additional 45 days to prepare and file the appellee's brief.

We **grant** appellee's motion **in part** and **order the appellee's brief due October 16, 2017**. Appellee is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. Any such motion for extension of time shall also comply with Texas Rule of Appellate Procedure 10.5(b). If appellee fails to file a timely brief or a motion that complies with this order and Rule 10.5(b), the court may set the appeal for submission without an appellee's brief and without further notice.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2017.



KEITH E. HOTTLE,
Clerk of Court